1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   GREGORY F. HURLEY, Cal. Bar No. 126791
3  ghurley@sheppardmullin.com
   MICHAEL J. CHILLEEN, Cal. Bar No. 210704
4  mchilleen@sheppardmullin.com
   650 Town Center Drive, 4th Floor
5  Costa Mesa, California 92626-1993
   Telephone:  714.513.5100
6  Facsimile:   714.513.5130

7  QUARLES & BRADY LLP
   LAUREN ELLIOTT STINE
8  lauren.stine@quarles.com
   One Renaissance Square
9  Two North Central Avenue
   Phoenix, Arizona  85004
10 Telephone:  602.229.5200
   Facsimile:   602.229.5690
11
   Attorneys for Defendant,
12 HOME DEPOT USA, INC.

13

14                IN THE UNITED STATES DISTRICT COURT

15                      FOR THE DISTRICT OF ARIZONA

16 | Advocates for Individuals with | Case No. 2:16-CV-01002-ROS
17 | Disabilities, LLC and David Ritzenthaler, | **HOME DEPOT USA, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR CONSOLIDATION**
18 |
19 |            Plaintiff,
20 |       v.
21 | HOME DEPOT USA, INC., | **Courtroom: 504**
22 |            Defendants.

SMRH:478978273.1                      -1-

Plaintiffs' opposition confirms that the Court should grant Defendant's motion for consolidation – all of the lawsuits involve the same causes of action, the same or related parties, the same alleged barriers, and the same issues of law. Plaintiffs cannot dispute the simple fact that all of these lawsuits stem from Plaintiff David Ritzenthaler deliberately driving around town to various Home Depot stores looking for alleged barriers in the parking lots so he could file these lawsuits. A docket search reveals that Mr. Ritzenthaler has filed hundreds of drive-by ADA lawsuits against various businesses. In fact, Plaintiffs have already filed an additional lawsuit against Home Depot since the filing of this Motion – *Advocates for Individuals with Disabilities Foundation, Inc. v. Home Depot USA, Inc*., Case No. 2:16-CV-02741-ROS. Plaintiffs have also indicated that they intend to shortly file **20 additional lawsuits** against Defendant.

The only reasons for Plaintiffs to file separate lawsuits are to forum shop and increase the nuisance value of their lawsuits. It is an undue burden for Defendant and the Court to be involved in separate hearings, separate discovery and dispositive motions, and potentially separate trials in over 20 cases instead of a single one involving the exact same issues and fact pattern.

The Court should consolidate all of these actions, including the recently filed one, and any others that will be filed in the next few months.

| | |
|---|---|
| 1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
| 2 | A Limited Liability Partnership Including Professional Corporations |
| 3 | 650 Town Center Drive, 4th Floor Costa Mesa, California 92626-1993 |
| 4 | |
| 5 | QUARLES & BRADY LLP Renaissance One |
| 6 | Two North Central Avenue Phoenix, AZ  85004-2391 |
| 7 | By /s/ Gregory F. Hurley |
| 8 |    Gregory F. Hurley *Attorneys for Defendant HOME DEPOT USA, INC.* |

...

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, and mailed a copy of same to the following if non-registrants, this 24th day of August 2016:

> Peter Strojnik
> Strojnik P.C.
> 1 East Washington Street, Suite 500
> Phoenix, Arizona 85004
> email: strojnik@skplaw.com
>
> *Attorneys for Plaintiff*

/s/Carrie Strand