# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals With Disabilities LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Home Depot USA Incorporated,<br><br>Defendant. | No. CV-16-01002-PHX-ROS<br><br>**ORDER** |

Defendant Home Depot USA Inc. has moved to consolidate three other cases with the present case. (Doc. 27). All four cases are brought by the same plaintiffs against the same defendants and they involve identical claims under the Americans with Disabilities Act. Pursuant to Federal Rule of Civil Procedure 42, consolidation of these cases is appropriate because they involve the same parties and substantially the same questions of law. In addition, no party will suffer any "inconvenience, delay, or expense" as a result of consolidation. *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). Therefore, the cases will be consolidated under CV-16-1002-PHX-ROS. This consolidation is for purposes of discovery and pretrial motion practice only. The parties will be required to confer and submit a joint proposed scheduling order containing the deadlines to govern all four cases. Given the nature of the factual and legal disputes, the close of discovery in all four cases will be December 16, 2016. The other proposed deadlines should be coordinated around that date.

Accordingly,

1 **IT IS ORDERED** the Motion to Consolidate (Doc. 27) is **GRANTED**. The Clerk shall consolidate the following cases with the present case: CV-16-1003-GMS; CV-16-1704-SPL; CV-16-2149-NVW.

**IT IS FURTHER ORDERED** all future filings in these cases shall be made under CV-16-1002-PHX-ROS until further order of the Court.

**IT IS FURTHER ORDERED** no later than **September 12, 2016**, the parties shall file and submit to chambers a proposed scheduling order to govern all pretrial proceedings.

Dated this 7th day of September, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge